IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

GERALD R. ROGERS, )
)
        Petitioner, )
) Civil No. 10-1179-TC
)
v. )
) ORDER
UNITED STATES PAROLE )
COMMISSION, et al., )
)
       Respondents. )

Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on August 11, 2011, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1);

1    - ORDER

McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Petitioner has timely filed objections. I have, therefore, given de novo review of Magistrate Judge Coffin's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Coffin's Findings and Recommendation filed August 11, 2011, in its entirety. Defendants Fullwood, Mitchell, and Cushwa's motion to dismiss (#35) is allowed. Plaintiff's motions (#30), (#37), (#47), and (#49) are denied as moot. This action is dismissed with prejudice, and the clerk of court is directed to enter judgment accordingly.

IT IS SO ORDERED.

DATED this 28th day of SEPT., 2011.

_____
UNITED STATES DISTRICT JUDGE

2    - ORDER